LEO GILMAN, by PETER GILMAN, His Guardian ad Litem, Respondent, *v.* EDGAR N. Fox, Appellant.

PETER GILMAN, Respondent, *v.* EDGAR N. Fox, Appellant.

(Argued April 4, 1930; decided May 6, 1930.)

*E. Reed Shutt* for appellant.

*Harry A. Sessions* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.